THOMAS E. FRANKOVICH (S.B.N. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
1165 Hoff Way, #203
Orland, CA 95963
Telephone: (415) 389-8600
Cell: (530) 824-1000
Email: tfrankovich@disabilitieslaw.com

Attorneys for Plaintiff BYRON CHAPMAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>A-JAY'S CHEESE STEAKS; RAFAEL GARCIA; CITY OF MORGAN HILL; and ABELLA & CHUM INC.,<br><br>　　　Defendants.<br>_____ / | Case No. 3:20-cv-03469-EMC<br>Civil Rights<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO AMEND TO FILE A CORRECTED FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF THOMAS E. FRANKOVICH**<br><br>(General Order 56 at ¶ 9; Civil L.R. 7-11) |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that under Federal Rules of Civil Procedure, Rule 15(a), Plaintiff hereby moves to file a CORRECTED First Amended Complaint (FAC) attached hereto at **Exhibit 1**. This is a pro-forma motion. Plaintiff's counsel expects that this amendment will be accomplished by a stipulation and order, negotiation of which is pending. This motion is filed to permit submission and issuance of the First Amended Summons.

In every material respect, the attached Corrected FAC was approved for filing by stipulation and order and was filed on February 24, 2022, at ECF 49. However, the parties that were joined within the body of amended complaint were unfortunately not listed within the caption and opening paragraph. This is preventing the issuance of the First Amended Summons.

**Motion to File a Corrected First Amended Complaint:**
**Case No. 3:20-cv-03469-EMC**

This motion will be based on this notice of motion and the accompany proposed CORRECTED First Amended Complaint.  Plaintiff submits on the papers.

Plaintiff has met and conferred both in writing and by voicemail message but has not received an affirmative response from defense counsel as to whether they will stipulate or oppose.

I, Thomas E. Frankovich, certify that the foregoing is true and correct.

Dated: April 5, 2022                              THOMAS E. FRANKOVICH
                                                  THOMAS E. FRANKOVICH, APLC

                                                  /s/ Authorized Signed
                                                  _____
                                                  Attorneys for Plaintiff
                                                  BYRON CHAPMAN

## MEMORANDUM

### Factual Statement

Plaintiff Byron Chapman moves to file only a CORRECTED First Amended Complaint, whose only purpose is to add parties to the caption and opening paragraph of the existing First Amended Complaint that defendants already approved when they stipulated to its filing. The correction is necessary to permit issuance of a First Amended Summons.

A true and correct redline is attached at Exhibit 2, which has been supplied to defense counsel. Plaintiff expects defense counsel to respond shortly.

### AMENDMENT IS IN THE INTEREST OF JUSTICE

Federal Rules of Civil Procedure, Rule 15(a)(2) provides that "…a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Rule 15 provides the parties with flexibility in presenting their claims and defenses.  It assures that cases will be heard on their merits and avoids injustices which sometimes resulted from strict adherence to earlier technical pleading requirements. <u>Foman v. Davis</u>, 371 U.S. 178, 182 [83 Sup.Ct.

227, 230] (1962); Slayton v. American Express Co., 460 F3d 215, 228 (2nd Cir. 2006). This policy is to be applied with "extreme liberality." Eminence Capital, LLC v. Aspeon, Inc. 316 F3d 1048, 1051 (9th Cir. 2003).

**CONCLUSION**

Wherefore, plaintiff prays for an order granting leave to file the CORRECTED First Amended Complaint accompanying this motion.

Dated: April 5, 2022                    THOMAS E. FRANKOVICH
                                        THOMAS E. FRANKOVICH, APLC

                                        /s/ Authorized Signed
                                        Attorneys for Plaintiff
                                        BYRON CHAPMAN

**DECLARATION**

I, Thomas E. Frankovich, declare:

1. I represent Plaintiff Byron Chapman.

2. On February 22, 2022, defendants signed a Stipulation and Proposed Order to File a First Amended Complaint. The Court granted leave and this FAC was filed on the same date. See ECF Nos. 47, 48, and 49.

3. As can be seen within the attached redline of the proposed CORRECTED First Amended Complaint at Exhibit 2, it is identical in every respect except to join parties to the caption and opening paragraph, i.e., the same parties whose joinder was already approved by both counsel and the Court within the body of the original and stipulated FAC already on file at ECF 49.

4. Unfortunately, my mistake in not including these parties in the caption has delayed the issuance of the First Amended Summons.

5. On Mach 11, 14, and 18, and 31, 2022, I wrote and met and conferred with defense counsel on this subject, and I have also left 2 voicemail messages with each. My correspondence included a redline showing the limited correction and enclosed a proposed

**Motion to File a Corrected First Amended Complaint:**                — 3 —
**Case No. 3:20-cv-03469-EMC**

1  Stipulation and Order to permit its filing. On March 18, 2022, I received only a limited
2  response from Mr. Springer that he was still reviewing the document. I expect all defense
3  counsel to respond shortly.
4      I certify that the foregoing is true and correct under penalty of perjury pursuant to the laws of
5  the United States of America.
6      Executed this 5th day of April 2022 in Concord, California.

/s/ Authorized signed
THOMAS E. FRANKOVICH, declarant